

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ANNA RUILOBA, | § | No. 08-17-00123-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D02097) |
| | § | |

## O R D E R

The Court GRANTS Anita Garza's request for an extension of time within which to file the Reporter's Record until **April 10, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita Garza, Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before April 10, 2018.

If the Reporter's Record is not filed with this Court by April 10, 2018, this Court will find it necessary to send this case back to the trial court for a hearing as to why the Reporter's Record has not been filed.

IT IS SO ORDERED this 9th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.